

**RIVKIN RADLER**
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

SEAN GORTON
(516) 357-3319
sean.gorton@rivkin.com

January 3, 2017

**BY ECF & FACSIMILE**
Honorable Cheryl L. Pollak
U.S. District Court Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 1120

Re: *Government Employees Insurance Company, et al., v. Lenex Services, Inc., et al.* Docket No. 1:16-cv-06030 (LDH)(CLP)

Dear Magistrate Judge Pollak:

We represent Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co. (collectively "GEICO" or "Plaintiffs") with regard to the above-referenced matter.

Pursuant to Your Honor's Scheduling Order of November 16, 2016, we write to inform you that Defendant Jeremy Whitfield, D.C. ("Dr. Whitfield") has yet to appear or file an answer in this matter. As a matter of courtesy, on January 3, 2017, we sent Dr. Whitfield a letter via Federal Express to remind him that the Initial Conference is currently scheduled to take place on Thursday, January 5, 2017 at 2:30 p.m. before Your Honor. In an attempt to facilitate contact with Dr. Whitfield, a copy of the letter was also provided to Natalia Skvortsova, Esq., who represented Dr. Whitfield at an Examination Under Oath recently requested by GEICO in an unrelated matter.

We appreciate the Court's attention to this matter.

Respectfully submitted,

RIVKIN RADLER LLP

*Sean P. Gorton*
Sean P. Gorton (SG 9310)

cc: All counsel via ECF

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000
F 516.357.3333

477 Madison Avenue
New York, NY 10022-3338
T 212.455.9555
F 212.687.9044

21 Main Street
Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460
F 201.489.0495