US MAGISTRATE JUDGE CHERYL L. POLLAK    DATE: 4/11/17

TIME SPENT: _____

DOCKET NO. 16 CV 6030

CASE: Geico v Lenex

___ INITIAL CONFERENCE          ✓ OTHER/STATUS CONFERENCE
✓ DISCOVERY CONFERENCE         ___ FINAL/PRETRIAL CONFERENCE
___ SETTLEMENT CONFERENCE      ✓ TELEPHONE CONFERENCE
___ MOTION HEARING              ___ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

___ COMPLETED          _____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

**RULINGS:**

Responses to outstanding discovery due 4/28

Def. Whitfield is to be notified that he needs to file his denials as an Answer

Conference 6/5 at 2:30